**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                     March 27 2014

Courtroom Deputy:  Robert R. Keech
Court Reporter:        Tracy Weir
Interpreter:               Susana Cahill
Probation Officer:    Katrina Devine

**Criminal Action No.  13-cr-00281-REB**

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                        Jeremy S. Sibert

     Plaintiff,

v.

**1.  CRISTIAN SALVADOR TIRADO-**            Matthew K. Belcher
**PEREZ**,

     Defendant.

**SENTENCING MINUTES**

**3:11 p.m.       Court in session.**

**Change of Plea hearing held November 14, 2013.  Defendant entered guilty plea to Count One of the Indictment.**

Appearances of counsel.

Defendant present, in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence(s).

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court has considered all relevant matters of fact and law, including the following:

- The parties' plea agreement under USSG § 6B1.2, including the parties' written stipulation of facts relevant to sentencing under USSG § 6B1.4(a);
- The nature and circumstances of the offense(s) – focusing on "the real conduct" – for which the defendant is being sentenced;
- The history and characteristics of the offender;
- The authorized sentences under 18 U.S.C. § 3551;
- The presentence report and any addendum;
- The basic purposes of criminal punishment: deterrence; incapacitation; just punishment; and rehabilitation as declared in the Sentencing Reform Act of 1984;
- The purposes and goals of sentencing as prescribed by Congress at 18 U.S.C. § 3553(a)(2);
- The factors to be considered in imposing sentence pursuant to 18 U.S.C. §§ 3582(a) and 3553(a)(1)-(7);
- The constitutional and relevant provisions of the advisory USSG;
- The kinds of sentence and the sentencing range established under the USSG for the applicable category of offense committed by the applicable category of defendant pursuant to 18 U.S.C. § 3553(a)(4);
- The need to avoid unwarranted sentencing disparities by "ensuring similar

- sentences for those who have committed similar crimes in similar ways," *Booker*;
- The need to restitute victims;
- The pertinent policy statements of the US Sentencing Commission;
- The need to impose sentences that satisfy the needs and requirements of 18 U.S.C. § 3553(a)(2);
- The advancement of the seminal congressional goals of honesty, uniformity, and proportionality in sentencing;
- The principle and requirement codified at 18 U.S.C. § 3553(a), to impose a sentence that is sufficient, but not greater than necessary, to achieve the congressional goals and purposes of sentencing;
- The propriety or necessity of imposing concurrent or consecutive sentences after considering the provisions of 18 U.S.C. § 3584(a) and (b);
- The position of the government, the defendant, and the probation department;
- The evidence presented, reasons stated, arguments advanced, authorities cited by the parties in their papers and during their oral argument and presentation.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment(s) of conviction, sentence(s), and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows: Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. Section 3553(A) [ECF Doc. No. 24], filed March 13, 2014, is **DENIED IN PART and GRANTED IN PART.**

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment.;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **24 months**;

5. That no term of supervised release is imposed;

6. That Mr. Tirado is advised that if he enters, remains, or is found in the United States illegally, or if he possesses or uses controlled substances illegally, or if he possesses or uses a firearm, destructive device, or dangerous weapon as those terms are defined in our federal law, he may be subject to further prosecution in federal court;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of **$100.00**;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement shall be determined by the Bureau of Prisons;

11. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado;

12. That the defendant is **REMANDED** to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant is advised of the right to appeal the sentence(s) imposed by the court.

**3:41 p.m.    Court in recess.**
**Total time in court: 00:30**
**Hearing concluded.**